■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT H. SWEAT, Appellant.—Appeal by the defendant from a judgment of the County Court, Dutchess County (Hillery, J.), rendered June 18, 1985.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9; People v Kazepis, 101 AD2d 816). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.